# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00477-CV

### In re Jose C. Padilla and CCJK
### d/b/a Hill Country Site Supply, LLC

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## O R D E R

**PER CURIAM**

Relators Jose C. Padilla and CCJK d/b/a Hill Country Site Supply, LLC have filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion in part and temporarily stay the trial court's July 19, 2018 order requiring relators to produce certain phone records, pending further order of this Court. *See id.* 52.10(b). All other relief requested in relators' motion is denied. The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before July 26, 2018.

It is ordered on July 24, 2018.

Before Chief Justice Rose, Justices Pemberton and Field